NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SEAN BURNHAM,                          )
                                       )
            Appellant,                 )
                                       )
v.                                     )        Case No. 2D17-5018
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____)

Opinion filed July 12, 2019.

Appeal from the Circuit Court for Pinellas
County; Michael F. Andrews, Judge.

Howard L. Dimmig, II, Public Defender,
and Julius J. Aulisio, Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Chelsea S. Simms,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


            Affirmed.


SILBERMAN, BLACK, and ATKINSON, JJ., Concur.